IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHARLES C. KRAFCZEK** : | |
| Plaintiffs : | |
| v. : | |
| **MOKE USA, LLC f/k/a** : | CIVIL ACTION NO. 22-286 |
| **AMERICAN CUSTOM GOLFCARS, INC.**: | |
| and : | |
| **DANIEL V. HOOGENRAAD** : | |
| Defendants : | |

### NOTICE OF PARTIAL DISMISSAL

Pursuant to F.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Charles C. Krafczek, voluntarily dismisses this action as to Defendant, Moke USA, LLC. Defendants, American Customer Golfcars, Inc. and Daniel V. Hoogenraad, remain as defendants.

        Respectfully submitted,

By:   /s/ Scott M. Pollins
      Scott M. Pollins
      **Pollins Law**
      303 W. Lancaster Ave., Ste. 1C
      Wayne, PA 19087
      (610) 896-9909 (phone)/(610) 896-9910 (fax)
      scott@pollinslaw.com (email)

Date:   5/2/22        Attorney for Plaintiff, Charles C. Krafczek